

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 13 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Beverly R Rogers

SSN#: XXX-XX-7973

Chapter 13
CASE NO:   11-30769
Related Court Docket Number: 51

## ORDER

ON 06/12/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:
[ Y/**N** ] Debtor present           [ **Y**/N ] LEE SCHWILM  present
[✓] Plan payments are in substantial default.
[✓] Debtor can resume payments _July 2013_.
[ ]
IT IS, THEREFORE, ORDERED that:
[ ] Case is hereby dismissed.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Case subject to dismissal if not converted to Chapter 7 within _____ days.
[✓] Plan payments are to resume at/to be changed to $ _1800.00_ per month.
[✓] Plan composition percentage is set at _1_ %.
[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.
[ ] Case subject to dismissal if plan payments not completed by _____.
[ ] Plan term is extended as necessary.
[✓] Attorney for debtor allowed presumptive, non-base fee of $ _200.00_.
[ ] Hearing is continued to _____.
[✓] Motion is denied.
[ ] _____

This Order has been signed electronically, pursuant to administrative order of the Court.  Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on June 12, 2013.

Beverly R Rogers, 3025 Marlowe Avenue, Charlotte, NC 28208

S. Sloan
Office of the Chapter 13 Trustee